UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER JANSEN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

1:23-CV-7792 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated and entered September 7, 2023, the Court ordered the transfer of this *pro se* action to the United States District Court for the Eastern District of New York (ECF 5), which was scheduled to take effect on September 14, 2023. On September 11, 2023, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure. (ECF 6.) Accordingly, as this action is now dismissed, the Court directs the Clerk of Court to not transmit this action to the transferee court.

SO ORDERED.

Dated:   September 13, 2023
           New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge